USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MICHAEL SEIDITA,                                :       09 Civ. 421 (SHS)

                Plaintiff,          :

      -against-                               :       ORDER

MILLENNIUM PIPELINE COMPANY, LLC,   :

                Defendant.         :

------------------------------------------------------------X

SIDNEY H. STEIN, U.S. District Judges.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

1. The last day to add parties is May 15, 2009;

2. There will be a pretrial conference on May 28, 2009, at 4:30 p.m.; and

3. The last day for completion of discovery is August 31, 2009.

Dated: New York, New York
       March 27, 2009

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.