UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL SEIDITA,

                        Plaintiff,
    -against-                                       **ANSWER TO CROSS-CLAIM**

MILLENNIUM PIPELINE COMPANY, L.L.C.,       Docket No.: 09 CV 00421 (JCF)

                        Defendant.
------------------------------------------------------------------X
MILLENNIUM PIPELINE COMPANY, L.L.C.,

                    Third-Party Plaintiff,

    -against-

PRECISION PIPELINE SERVICES, INC.,

                    Third-Party Defendant.
------------------------------------------------------------------X
MILLENNIUM PIPELINE COMPANY, L.L.C.,

                    Second Third-Party Plaintiff,

    -against-

MBF SERVICES, INC.,

                    Second Third-Party Defendant.
------------------------------------------------------------------X

      The second third-party defendant, MBF SERVICES, INC., by its attorneys, The Law Offices of Edward Garfinkel, as and for its answer to the cross-claim of the third-party defendant, PRECISION PIPELINE SERVICES, INC., herein, respectfully alleges upon information and belief:

      FIRST:      Denies each and every allegation directed against MBF SERVICES, INC. in the aforementioned cross-claim.

WHEREFORE, the second third-party defendant, **MBF SERVICES, INC.**, demands judgment dismissing the cross-claim together with costs, disbursements, and expenses of this action including attorneys' fees.

Dated: Brooklyn, New York
       March 12, 2010

                                         Yours etc.,
                                         The Law Offices of Edward Garfinkel
                                         Attorneys for Second Third-Party
                                         Defendant, MBF SERVICES, INC.


By: _____/s/_____
           David Persky (DP 7743)
12 Metrotech Center, 28th Floor
Brooklyn, New York 11201
(718) 250-1100
Our File No.:  NYNY 28663

TO:

CARTAFALSA, SLATTERY, TURPIN & LENOFF
Attorneys for Third-Party Defendant
PRECISION PIPELINE SERVICES, INC.
165 Broadway, 28th Floor
New York, New York  10006
(212) 225-7700
File No.: 267183

JAROSLAWICZ & JAROS, LLC
Attorneys for Plaintiff
225 Broadway, 24th Floor
New York, New York  10007
(212) 227-2780

ROBIN, HARRIS, KING & FODERA
Attorneys for Defendant/Third-Party Defendant
MILLENIUM PIPELINE COMPANY, L.L.C.
One Battery Park Plaza, 30th Floor
New York, New York  10004
(212) 487-9701

L:\DXP1\28663 Seidita\LEGAL\AnswerToPrecisionCross-Claim.doc