UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL SEIDITA,

                          Plaintiff,

       -against-

MILLENNIUM PIPELINE COMPANY, L.L.C., MBF
SERVICES, INC. AND MBF INSPECTION SERVICES,
INC.,

                         Defendants.
------------------------------------------------------------------X
MILLENNIUM PIPELINE COMPANY, L.L.C.,

              Third-Party Plaintiff,

       -against-

PRECISION PIPELINE SERVICES, INC.,

              Third-Party Defendant.
------------------------------------------------------------------X
MILLENNIUM PIPELINE COMPANY, L.L.C.,

           Second Third-Party Plaintiff,

       -against-

MBF SERVICES, INC.,

           Second Third-Party Defendant.
------------------------------------------------------------------X

Docket No.:
09 CV 00421
(SHS) (JCF)

**SATISFACTION OF JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/11

# 11,210

    WHEREAS, a judgment was entered in the above action on the 31st day of October, 2011 in favor of MILLENNIUM PIPELINE COMPANY, L.L.C. and MBF SERVICES, INC. in the amount of $41,587.15 and said judgment having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket or said judgment.

Dated: New York, New York
       November 18, 2011

                                        Yours etc.
                            CARTAFALSA, SLATTERY, TURPIN & LENOFF

By: _____
PATRICIA ZINCKE (PGZ8632)
Attorneys for Defendant/Second Third-Party
Plaintiff MILLENNIUM PIPELINE COMPANY
LLC and Third-Party Defendant
PRECISION PIPELINES SERVICES, INC.
165 Broadway - 28th Floor
New York, New York 10006
(212) 225-7700
File No.: 267183

TO:
JAROSLAWICZ & JAROS, LLC
Attorneys for Plaintiff
225 Broadway, 24th Floor
New York, NY 10007
(212) 227-2780

THE LAW OFFICE OF EDWARD GARFINKEL
By: David Persky, Esq.
Attorneys for Defendant/Second Third-Party Defendant
MBF SERVICES, INC./MBF INSPECTION SERVICES
12 Metrotech Center, 28th Floor
Brooklyn, NY 11201
(718) 250-1100
File No.: NYNY 28663